Michael S. Romano
Attorney at Law
State Bar No. 232182
523 Octavia Street
San Francisco, CA 94102

Telephone: (415) 431-3472

Attorney for Petitioner Travell Brown

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travell Brown,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>Robert Horel, Warden,<br><br>　　　　　Respondent. | Case No. 3:08-cv-00853-WHA<br><br>**MANUAL FILING NOTIFICATION**<br><br>**Re: EXCERPTS OF STATE COURT RECORD IN SUPPORT OF PETITION FOR HABEAS CORPUS** |

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[X] Voluminous Document (PDF file size larger than the efiling system allows)

[X] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
    _____