United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRAVELL BROWN,

    Petitioner,

  v.

ROBERT HOREL,

    Respondent.
                                      /

No. C 08-00853 WHA

**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**

      The Court has received petitioner's motion for appointment of counsel. "The Sixth Amendment's right to counsel does not apply in habeas corpus actions." *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. 3006A(a)(2)(B) authorizes appointment of counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." The decision to appoint counsel is within the discretion of the district court. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), cert. denied, 481 U.S. 1023 (1987); *Knaubert*, 791 F.2d at 728. Here, because the issues have already been developed in state court and the interests of justice do not require appointment, the motion is **DENIED**.

      **IT IS SO ORDERED.**

Dated: February 21, 2008.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE