Michael S. Romano
Attorney at Law
State Bar No. 232182
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorney for Petitioner Travell Brown

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Travell Brown,

    Petitioner,

vs.

Robert Horel, Warden,

    Respondent.

Case No. **3:08-cv-00853-WHA**

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A TRAVERSE AND PROPOSED ORDER**

    On February 7, 2008, Travell Brown filed a Petition for Habeas Corpus Relief. On February 20, 2008, this Court issued an Order to Show Cause requesting a response from Mr. Horel, who is represented by the Attorney General of California. On March 20, 2008, Respondent filed a Response brief. Petitioner's Traverse is currently due April 21, 2008.

    Due to an unavoidable family medical circumstance, Petitioner's counsel is unable to file a Traverse by April 21 that adequately addresses Respondent's brief.[1] Petitioner therefore respectfully moves for a 30-day extension to file a Traverse to and including May 21, 2008.

    On March 25, 2008, Respondent's counsel, Supervising Deputy Attorney General Peggy Ruffra, stipulated to this motion in a telephone conversation with undersigned counsel.

Dated: March 25, 2008

                                      Respectfully submitted,

                                      **/s/ Michael S. Romano**
                                      Attorney for Petitioner
                                      Travell Brown

---

[1] Petitioner's counsel is representing Petitioner *pro bono*. (*See* Order Denying Petitioner's Motion for Appointment of Counsel, February 21, 2008.)

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Travell Brown, | ) | Case No. **3:08-cv-00853-WHA** |
| Petitioner, | ) | |
| vs. | ) | **[PROPOSED] ORDER** |
| Robert Horel, Warden, | ) | |
| Respondent. | ) | |

Petitioner's motion for an extension of time to file a Traverse is GRANTED. Petitioner's Traverse is now due May 21, 2008.

**IT IS SO ORDERED.**

_____
Hon. William H. Alsup
United States District Judge