Michael S. Romano
Attorney at Law
State Bar No. 232182
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorney for Petitioner Travell Brown

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Travell Brown,
    Petitioner,
vs.
Robert Horel, Warden,
    Respondent.

Case No. **3:08-cv-00853-WHA**

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A TRAVERSE AND PROPOSED ORDER**

On February 7, 2008, Travell Brown filed a Petition for Habeas Corpus Relief. On February 20, 2008, this Court issued an Order to Show Cause requesting a response from Mr. Horel, who is represented by the Attorney General of California. On March 20, 2008, Respondent filed a Response brief. Petitioner's Traverse is currently due April 21, 2008.

Due to an unavoidable family medical circumstance, Petitioner's counsel is unable to file a Traverse by April 21 that adequately addresses Respondent's brief.[1] Petitioner therefore respectfully moves for a 30-day extension to file a Traverse to and including May 21, 2008.

On March 25, 2008, Respondent's counsel, Supervising Deputy Attorney General Peggy Ruffra, stipulated to this motion in a telephone conversation with undersigned counsel.

Dated: March 25, 2008

Respectfully submitted,

/s/ Michael S. Romano
Attorney for Petitioner
Travell Brown

---

[1] Petitioner's counsel is representing Petitioner *pro bono*. (*See* Order Denying Petitioner's Motion for Appointment of Counsel, February 21, 2008.)

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Travell Brown, | ) Case No. **3:08-cv-00853-WHA** |
|---|---|
| Petitioner, | ) |
| vs. | ) ~~[PROPOSED]~~ ORDER |
| Robert Horel, Warden, | ) |
| Respondent. | ) |

Petitioner's motion for an extension of time to file a Traverse is GRANTED. Petitioner's Traverse is now due May 21, 2008.

IT IS SO ORDERED

March 25, 2008.

_____
Hon. William H. Alsup
United States District Judge