Michael S. Romano
Attorney at Law
State Bar No. 232182
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorney for Petitioner Travell Brown

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Travell Brown,

        Petitioner,

vs.

Robert Horel, Warden,

        Respondent.

Case No. **3:08-cv-00853-WHA**

**STIPULATION RE: EXTENSION OF TIME TO FILE A TRAVERSE AND PROPOSED ORDER**

    Due to a continuing family medical circumstance, Petitioner's counsel is unable to file a Traverse by May 21 that adequately addresses Respondent's brief.[1]  Petitioner therefore respectfully moves for a 45-day extension to file a Traverse to and including Monday, July 7, 2008.  This is Petitioner's second (and final) extension request.

    Counsel for Respondent, Supervising Deputy Attorney General Peggy Ruffra, stipulates to the proposed extension.

Dated:  May 19, 2008                      Respectfully submitted,

    **/s/ Peggy Ruffra**                          **/s/ Michael S. Romano**
    Supervising Deputy Attorney General      Attorney for Petitioner
    Attorney for Respondent                     Travell Brown

---

[1] On February 7, 2008, Travell Brown filed a Petition for Habeas Corpus Relief, alleging various violations of his federal constitutional rights. On February 20, 2008, this Court issued an Order to Show Cause requesting briefing from Respondent. On March 20, 2008, Respondent's brief was filed.  Petitioner's counsel is representing Petitioner *pro bono*. (*See* Order Denying Petitioner's Motion for Appointment of Counsel, February 21, 2008.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Travell Brown, | ) | Case No. **3:08-cv-00853-WHA** |
| Petitioner, | ) | |
| vs. | ) | **[PROPOSED] ORDER** |
| Robert Horel, Warden, | ) | |
| Respondent. | ) | |

  Petitioner's motion for an extension of time to file a Traverse is GRANTED. Petitioner's Traverse is now due July 7, 2008.

**IT IS SO ORDERED.**

_____
Hon. William H. Alsup
United States District Judge