IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELL BROWN,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT HOREL,<br><br>    Respondent.<br>_____ / | No. C 08-00853 WHA<br><br>**JUDGMENT** |

    For the reasons stated in the accompanying order denying the petition for writ of habeas corpus, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent and against petitioner. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: July 15, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE