1  Michael S. Romano
   Attorney at Law
2  State Bar No. 232182
   523 Octavia Street
3  San Francisco, CA 94102
   Telephone: (415) 431-3472
4
5  Attorney for Petitioner Travell Brown

6
7              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
8
9  Travell Brown,                    )  Case No.  08-00853 WHA
                                      )
10            Petitioner,             )
                                      )
11       vs.                          )  **REQUEST FOR WAIVER OF FILING
                                      )  FEE**
12 Robert Horel, Warden,              )
                                      )
13            Respondent.             )
   _____)
14
15        Petitioner respectfully requests a waiver of the $455 fee for filing a Notice of Appeal

16 (submitted herewith).

17        Petitioner is an indigent inmate in California State Prison.  Undersigned counsel is

18 representing Petitioner *pro bono*.  In light of these circumstances, it is respectfully requested that

19 this Court exercise its authority to waive the filing fee and accept the Notice of Appeal and

20 Request for Certificate of Appealability accompanying this request.

21
22
23 DATED:       July 25, 2008              Respectfully submitted,
24
25                                          /s/  Michael Romano_____
                                           MICHAEL S. ROMANO
26                                         Attorney for Petitioner
                                           Travell Brown
27
28

Michael S. Romano
Attorney at Law
State Bar No. 232182
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorney for Petitioner Travell Brown

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Travell Brown,                          )    Case No.  08-00853 WHA
                                        )
                  Petitioner,           )
                                        )
        vs.                             )    **NOTICE OF APPEAL AND REQUEST**
                                        )    **FOR CERTIFICATE OF**
                                        )    **APPEALABILITY**
Robert Horel, Warden,                   )
                                        )
                  Respondent.           )
_____ )

        Petitioner hereby provides notice of his appeal of this Court's Order and Judgment issued July 15, 2008.

        On February 7, 2008, Mr. Brown filed a Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, alleging several violations of his federal constitutional rights and that the California Court of Appeal's decision affirming his conviction was contrary to and an unreasonable application of clearly established Supreme Court law.  In particular, Petitioner argued that:

        (1)  Joinder of multiple unrelated criminal charges violated the Due Process Clause;

        (2)  The trial court improperly ordered that he be shackled during his trial;

        (3)  The trial court's jury instructions did not require jurors to reach a unanimous verdict;

        (4)  The trial court expanded the theory of culpability beyond the original charges; and

        (5)  The trial court's several errors combined to deprive him of a fair trial.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Petitioner also requests that this Court issue a Certificate of Appealability ("COA"),

pursuant to 28 U.S.C. § 2253.  Petitioner is entitled to a COA because he has made a "substantial

showing of the denial of a constitutional right."  *Ibid.*    As the Ninth Circuit explained in *Silva v.*

*Woodford*, 279 F.3d 825, 833 (9th Cir. 2002):

> It is essential to distinguish the standard of review for purposes of
> granting a COA from that for granting the writ.  In deciding
> whether to grant a COA for a particular issue, [this Court],
> established the following test:
>
> [A substantial showing of the denial of a constitutional right] . . .
> includes showing that reasonable jurists *could debate* whether . . .
> the petition should have been resolved in a different manner or that
> the issues presented were adequate to deserve encouragement to
> proceed further.
>
> . . . *[T]his amounts to a modest standard*.  Indeed, [courts] must be
> careful to avoid conflating the standard for gaining permission to
> appeal with the standard for obtaining a writ of habeas corpus. . . .
> [I]n examining an application to appeal from the denial of a habeas
> corpus petition, obviously the petitioner need not show that he
> should prevail on the merits [since h]e has already failed in that
> endeavor . . . .  *Furthermore, any doubts about whether the*
> *petitioner has met the[COA] standard must be resolved in his*
> *favor*.

(Emphasis added and citations omitted).

Petitioner respectively submits that his claims meet this "modest standard" for reasons

provided in Petitioner's previous pleadings, and requests that this Court issue a COA under 28

U.S.C. § 2253.

DATED:          July 25, 2008                    Respectfully submitted,


                                                 _/s/  Michael Romano_____
                                                 MICHAEL S. ROMANO
                                                 Attorney for Petitioner
                                                 Travell Brown