**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 4, 2008

Michael S. Romano, Esq.
523 Octavia St.
San Francisco, CA 94102

SUBJECT:   Request for Payment of Docket Fee

**Title: TRAVELL BROWN -v- ROBERT HOREL**
**Case Number:   CV 08-00853 WHA**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on 07/25/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

*Susan Imbriani*

by: **Susan Imbriani**
**Case Systems Administrator**

**cc: U.S. Court of Appeals**