UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 4, 2008

**CASE INFORMATION:**
Short Case Title:  <u>TRAVELL BROWN</u>-v- <u>ROBERT HOREL</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District of California, Judge William Alsup</u>
Criminal and/or Civil Case No.: <u>CV 08-00853 WHA</u>
Date Complaint/Indictment/Petition Filed: <u>02/07/08</u>
Date Appealed order/judgment *entered* <u>07/15/08</u>
Date NOA *filed* <u>07/25/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    <u>X</u> granted in full (attach order)      ☐ denied in full (send record)
                           ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed: <u>08/04/08</u>
Date FP granted:                               Date FP denied: <u>08/01/08</u>
Is FP pending? ☐ yes   x no                    Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   x no
Companion Cases?  Please list: N/A

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: Michael Stone Romano           Appellee Counsel: Peggy S. Ruffra
        523 Octavia Street                               CA State Attorney's Office
        San Francisco, CA 94102                          455 Golden Gate Ave., Suite 11000
        415-431-3472                                     San Francisco, CA 94102-7004
        Email: michaelromano@gmail.com                   415-703-1362
                                                         Fax: 415-703-1234
                                                         Email:peggy.ruffra@doj.ca.gov


☐ retained   ☐ CJA   ☐ FPD  ☐ Pro Se   X Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                  9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Susan Imbriani-Smith</u>
                                                    (415) 522-2061