FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 13 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| TRAVELL BROWN, | No. 08-16770 |
| Petitioner - Appellant, | D.C. No. 3:08-cv-00853-WHA |
| v. | Northern District of California, San Francisco |
| ROBERT HOREL, Warden, | |
| | ORDER |
| Respondent - Appellee. | |

A review of this court's docket reflects that the filing and docketing fees for this appeal remain due. Within 21 days after the date of this order, appellant shall pay to the district court the $455.00 filing and docketing fees for this appeal and file in this court proof of such payment or file in this court a motion to proceed in forma pauperis. Failure to pay the fees or file a motion to proceed in forma pauperis shall result in the automatic dismissal of the appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

The Clerk shall serve a Form 4 financial affidavit on appellant.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Kathryn E. White
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

KW/MOATT